WISCONSIN POWER & LIGHT COMPANY, Appellant, vs. CITY OF BELOIT and others, Respondents.

*March 6—June 5, 1934.*

For the appellant there were briefs by *Schubring, Ryan & Petersen* of Madison, and oral argument by *William Ryan.*

For the respondents there was a brief by *Clarence L. Haugan* of Beloit, attorney, and *Anan Raymond* and *Poppenhusen, Johnston, Thompson & Cole,* all of Chicago, of counsel, and oral argument by *Mr. Haugan* and *Mr. Raymond.*

A brief was also filed by *Robert J. Cunningham* of Janesville, counsel for the League of Wisconsin Municipalities, as *amicus curiæ.*

The following opinion was filed April 3, 1934:

FOWLER, J. This case was argued and submitted with the case of *Wisconsin Power & Light Co. v. Beloit (ante,* p. 439, 254 N. W. 119), and is ruled by the decision therein.

*By the Court.*—The order of the circuit court is reversed, with direction to enter an order sustaining the demurrer and for further proceedings according to law.

A motion for a rehearing was denied, without costs, on June 5, 1934.